**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FORREST JOHNSON, and | ) | |
| RACHEL JOHNSON individually | ) | |
| and as next friend of Forrest Johnson | ) | |
| | ) | 11 CV 1080 |
| Plaintiffs, | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| vs. | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| JACOB COLLECTION GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs hereby give notice that the above-entitled case should be dismissed with prejudice.

Respectfully submitted,

s/ Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Cassandra P. Miller, hereby certify that on April 28, 2011, a copy of the foregoing document was filed electronically using the Court's CM/ECF system. I further certify that the foregoing document was also served on April 28, 2011 via facsimile and U.S. Mail upon the following:

JACOB COLLECTION GROUP, LLC
2623 West Oxford Loop
Oxford, MS 38655-5442
Fax: (662) 238-2834

                                                             s/ Cassandra P. Miller
                                                             Cassandra P. Miller


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)